AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baisier, Paul M. | US Bankruptcy Court, Northern District of Georgia | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building and US Courthouse
75 Ted Turner Drive, SW, Room 1234
Atlanta, GA 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager | Lion Shamrock VI, LLC |
| 2. Trustee | Trust I |
| 3. Trustee | Trust II |
| 4. Secretary | Burton Getaways Property Owners Association, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ████████, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baisier, Paul M. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Atlanta Bar Association | Free association dues and waived seminar attendance fees | $479.00 |
| 2. | Southeastern Bankruptcy Law Institute | Waived fee for annual seminar and related meals / events | $895.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | ▉▉▉▉ | Tuition Agreements | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Roth IRA 2 (H) | | | | | | | | | |
| 2. iShares Core Growth Alloc Fund | A | Dividend | J | T | | | | | |
| 3. Contributory IRA 2 (H) | | | | | | | | | |
| 4. iShares Core Growth Allocation ETF | A | Dividend | J | T | | | | | |
| 5. Individual Account 2 (H) | | | | | | | | | |
| 6. DFA Tax Mgd US Targeted Value ETF | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 7. iShares MSCI Min Vol EM ETF | A | Dividend | J | T | | | | | |
| 8. Blackrock Strat Muni Fd | B | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 9. Pimco Enhanced Short ETF | A | Dividend | J | T | | | | | |
| 10. Pimco Inc Instl CL | A | Dividend | J | T | | | | | |
| 11. SCH US Dividend ETF | A | Dividend | J | T | | | | | |
| 12. SCH Intl EQ ETF | A | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 13. Schwab Large Cap Value ETF | A | Dividend | J | T | | | | | |
| 14. Schwab US Large Cap ETF | A | Dividend | K | T | | | | | |
| 15. Tortoise MLP Fd | A | Dividend | | | Sold | 03/19/18 | J | A | |
| 16. iShares MSCI US Min Vol ETF | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 17. Baron Discovery SC Fund | A | Dividend | J | T | Buy | 12/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Schwab cash sweep Account | A | Interest | J | T | | | | | |
| 19. Joint Account (H) | | | | | | | | | |
| 20. American Fd Grwth Fd of Am A | C | Dividend | K | T | | | | | |
| 21. DFA Intl Cor Eqty Instl | A | Dividend | K | T | | | | | |
| 22. Guggenheim Short Dur ETF | A | Dividend | | | Sold | 04/19/18 | J | | |
| 23. iShares Russell 1000 ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/31/18 | J | | |
| 24. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 25. iShares Momentum ETF | A | Dividend | J | T | | | | | |
| 26. iShares Natl Muni Bond ETF | A | Dividend | K | T | | | | | |
| 27. Columbia Mid Cap V. Fd A | B | Dividend | J | T | | | | | |
| 28. Nuveen Prefered Sec. I | A | Dividend | J | T | | | | | |
| 29. Pimco Income Instl MF | C | Dividend | K | T | | | | | |
| 30. Pimco Muni Income CEF | A | Dividend | J | T | | | | | |
| 31. Schwab Dividend ETF | A | Dividend | K | T | | | | | |
| 32. Schwab EM ETF | A | Dividend | J | T | Sold<br>(part) | 09/12/18 | J | | |
| 33. Schwab Int'l Equity ETF | A | Dividend | J | T | Sold<br>(part) | 09/12/18 | J | | |
| 34. Amer. Fund Sm Cp World Fd A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Amer Franchise A MF | B | Dividend | J | T | | | | | |
| 36. Vgd Extend Mkt Inv Shrs | A | Dividend | J | T | | | | | |
| 37. Vanguard Interm Tax Exmpt | A | Dividend | K | T | | | | | |
| 38. Schwab Muni Money Market Fund | A | Dividend | | | Sold | 09/12/18 | J | | |
| 39. Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 40. Invesco Small Cap LV ETF | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 41. JPMorgan Ultra Short Income ETF | A | Dividend | K | T | Buy | 09/12/18 | K | | |
| 42. Pimco Enh Shrt Maturity ETF | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 43. IRA RO 1 (H) | | | | | | | | | |
| 44. Alps Alerian MLP ETF | A | Dividend | | | Sold | 04/05/18 | J | | |
| 45. Brandes EM CL | A | Dividend | | | Sold | 01/29/18 | K | D | |
| 46. DFA Intl Core Eq MF | C | Dividend | M | T | Buy (add'l) | 01/19/18 | K | | |
| 47. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 48. Guggenheim Sht Dur ETF | A | Dividend | | | Sold | 04/17/18 | L | A | |
| 49. iShares Russell 1000 ETF | C | Dividend | M | T | Buy (add'l) | 12/31/18 | K | | |
| 50. Janus Triton FD T | C | Dividend | K | T | | | | | |
| 51. Janus Venture Fd T | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   iShares Short Mat Bond ETF | B | Dividend | K | T | | | | | |
| 53.   Pimco Income Instl | D | Dividend | M | T | | | | | |
| 54.   Schwab MC ETF | A | Dividend | K | T | Buy (add'l) | 05/29/18 | J | | |
| 55.   Schwab LC Value ETF | B | Dividend | L | T | | | | | |
| 56.   Schwab Value Advantage MMF | A | Dividend | | | Sold | 01/22/18 | K | | |
| 57.   iShares USA Min Vol ETF | B | Dividend | L | T | | | | | |
| 58.   Vngd Total Bnd Adml. | B | Dividend | K | T | | | | | |
| 59.   Vngd Devl Mkt Inv. Shrs | A | Dividend | K | T | | | | | |
| 60.   Vngd Ext Mtks Inv Shrs | B | Dividend | K | T | Sold (part) | 01/19/18 | L | E | |
| 61.   Vngd Interm Term Adm Shares | B | Dividend | | | Sold | 01/19/18 | K | | |
| 62.   Vngd Total Intl Stk Inv Shr | A | Dividend | J | T | | | | | |
| 63.   Vngd Growth Index Inv. Shr | B | Dividend | M | T | | | | | |
| 64.   Vngd Sm. Cap Value Adm | A | Dividend | J | T | | | | | |
| 65.   Western Asset Core Bond Fd | C | Dividend | M | T | | | | | |
| 66.   Pimco Enh Shrt Mat ETF | B | Dividend | L | T | Buy | 04/20/18 | L | | |
| 67. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 68.   Schwab Emerging Mkts ETF | A | Dividend | K | T | Buy | 01/23/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 03/05/18 | K | | |
| 70. | BlackRock Strategic Income MF | B | Dividend | L | T | Buy | 01/19/18 | L | | |
| 71. | Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 72. | Inhr IRA 1 (H) | | | | | | | | | |
| 73. | Guggenheim Sht Dur ETF | A | Dividend | | | Sold<br>(part) | 02/22/18 | J | | |
| 74. | | | | | | Sold | 04/19/18 | J | | |
| 75. | iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 76. | Pimco Income Instl MF | C | Dividend | L | T | | | | | |
| 77. | Pimco Enhanced Short Dur. ETF | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 78. | Schwab LC Value ETF | A | Dividend | K | T | | | | | |
| 79. | Schwab SC ETF | A | Dividend | K | T | Buy | 09/24/18 | K | | |
| 80. | Tortoise MLP Fd Instl | A | Dividend | | | Sold | 04/06/18 | K | | |
| 81. | iShares Min Vol ETF | A | Dividend | K | T | | | | | |
| 82. | Vngd Total Stock ETF | B | Dividend | L | T | | | | | |
| 83. | Vngd Extended Mkt ETF | A | Dividend | K | T | | | | | |
| 84. | Vngd Total Intl Stk ETF | B | Dividend | K | T | Sold<br>(part) | 09/14/18 | K | A | |
| 85. | Western Asset Core Bond | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. JPMorgan Ultra Sht Income ETF | A | Dividend | K | T | Buy | 09/12/18 | K | | |
| 87. Pimco enh Shrt Mat Actv ETF | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 88. Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 89. Roth IRA 1 (H) | | | | | | | | | |
| 90. Alps Alerian MLP ETF | A | Dividend | | | Sold | 04/09/18 | J | A | |
| 91. Guggenheim Sht Dur. ETF | A | Dividend | | | Sold | 04/19/18 | K | A | |
| 92. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 93. Northern Emerg Mkts Ind Fd | A | Dividend | J | T | | | | | |
| 94. Pimco Income MF | A | Dividend | K | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 95. Schwab Intl Index Mtl Fd | A | Dividend | J | T | | | | | |
| 96. Schwab Intl Index ETF | A | Dividend | J | T | | | | | |
| 97. TIAA Cref Lg Cap Gwth Index Fd | A | Dividend | K | T | | | | | |
| 98. TIAA CREF LG Cap Value Index Fd | A | Dividend | K | T | | | | | |
| 99. Vngd Total Bnd Adml Fd | A | Dividend | K | T | | | | | |
| 100. Vngd REIT Adml Fd | A | Dividend | J | T | | | | | |
| 101. Vngd Mid Cap Adml Fd | A | Dividend | J | T | | | | | |
| 102. Vngd Sm Cap Growth Fd. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Vngd Sm Cap Value Fd | A | Dividend | J | T | | | | | |
| 104. Pimco Enh Shrt Mat ETF | A | Dividend | K | T | Buy | 04/18/18 | J | | |
| 105. Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 106. 529 Accounts (H) | | | | | | | | | |
| 107. Bright Directions 529 Plan 2 Invesco Govt & Agency Portfolio H | | None | L | T | | | | | |
| 108. Bright Directions 529 Plan 3 Invesco Govt & Agency Portfolio H | | None | M | T | | | | | |
| 109. Bright Directions 529 Plan 4 Invesco Govt & Agency Portfolio H | | None | M | T | | | | | |
| 110. BrightStart 529 Plan 2a Index Age Based Moderate Portfolio | | None | L | T | | | | | |
| 111. BrightStart 529 Plan 3a Index Age Based Moderate Portolio | | None | M | T | | | | | |
| 112. BrightStart 529 Plan 4a Index Age Based Moderate Portfolio | | None | M | T | | | | | |
| 113. Path2College 529 Plan 1 Age Based Guaranteed Option | | None | K | T | | | | | |
| 114. Path2College 529 Plan 2 Age Based Managed Equity Option | | None | L | T | | | | | |
| 115. Path2College 529 Plan 3 Age Based Mgd Eq Allocation Option | | None | L | T | | | | | |
| 116. Path2College 529 Plan 4 Age Based Mgd Eq Allocation Option | | None | L | T | | | | | |
| 117. Insurance Policy (H) | | | | | | | | | |
| 118. American General Whole Life Policy | B | Int./Div. | J | U | | | | | |
| 119. Trust I (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Savings Acct | A | Interest | | | Closed | 11/30/18 | J | | |
| 121. Capital One Bank CD 8/6/18 rate 1.65 | A | Interest | | | Matured | 10/29/18 | K | A | |
| 122. Capital One Bank CD 8/6/18 Rate 1.7 | A | Interest | | | Matured | 08/06/18 | K | A | |
| 123. Goldman Sachs Bank CD 1/25/20 | B | Interest | L | T | Buy | 05/02/18 | L | | |
| 124. Amer Fd Inv Co of Amer. Cl A | E | Dividend | M | T | | | | | |
| 125. BlackRock Strategic Income | C | Dividend | L | T | | | | | |
| 126. DFA Intl Core Fd Instl | B | Dividend | L | T | | | | | |
| 127. Guggenheim Sh Dur ETF | A | Dividend | | | Sold | 04/19/18 | L | A | |
| 128. BlackRock Strategic Muni Fd | C | Dividend | L | T | | | | | |
| 129. BlackRock Nat. Muni Fd | C | Dividend | L | T | | | | | |
| 130. Pimco Enh Short Matur. ETF | C | Dividend | M | T | Buy (add'l) | 04/20/18 | L | | |
| 131. iShares Short Mat. Bond ETF | B | Dividend | M | T | Buy (add'l) | 08/09/18 | L | | |
| 132. | | | | | Buy (add'l) | 12/03/18 | K | | |
| 133. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 134. Nuveen Preferred Sec I | C | Dividend | L | T | Buy (add'l) | 11/30/18 | K | | |
| 135. Pimco Incm Instl | D | Dividend | M | T | | | | | |
| 136. Schwab Intl Equity ETF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Charles Schwab US Mid Cap ETF | A | Dividend | K | T | | | | | |
| 138.  Tortoise MLP Fd | B | Dividend | | | Sold | 04/05/18 | L | A | |
| 139.  Vngd 500 Indx CL | C | Dividend | M | T | | | | | |
| 140.  Vngd Growth Ind Inv Sh | A | Dividend | L | T | | | | | |
| 141.  Vngd Ltd Tm Tax Exp Adm Sh | B | Dividend | L | T | | | | | |
| 142.  Vngd Tax Mgd Sm Cap Fd | B | Dividend | M | T | | | | | |
| 143.  Vngd Interm Term Fd Adm Sh | B | Dividend | L | T | | | | | |
| 144.  Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 145.  Individual Account 1 (H) | | | | | | | | | |
| 146.  BP Twinline MLP | A | Dividend | | | Sold | 04/05/18 | J | | |
| 147.  DFA Intl Core Eqty Instl | A | Dividend | K | T | | | | | |
| 148.  iShares MSCI EM Min Vol ETF | A | Dividend | J | T | | | | | |
| 149.  iShares Russell 1000 ETF | B | Dividend | L | T | Buy<br>(add'l) | 01/17/18 | J | | |
| 150.  | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 151.  iShares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 152.  Janus Triton MF | B | Dividend | K | T | | | | | |
| 153.  Pimco Enhancd Short ETF | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  iShares Natl Muni ETF | A | Dividend | | | Sold | 01/12/18 | K | | |
| 155.  Pimco Dynamic Income CEF | A | Dividend | | | Sold | 01/17/18 | J | A | |
| 156.  Pimco Income Instl CL | B | Dividend | K | T | Buy (add'l) | 01/12/18 | K | | |
| 157.  Schwab US Dividend Eq ETF | B | Dividend | K | T | | | | | |
| 158.  Schwab Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 159.  Schwab Intl Eq. ETF | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 160.  Schwab US MC ETF | A | Dividend | K | T | | | | | |
| 161.  Schwab MMF Muni Sweep Account | A | Interest | | | Sold | 01/12/18 | J | | |
| 162.  iShares MSCI US Min Vol ETF | A | Dividend | K | T | | | | | |
| 163.  Vangd Inter Tm Tax Exmt MF | A | Dividend | K | T | | | | | |
| 164.  Wells Fargo Cash Sweep Account | A | Interest | K | T | | | | | |
| 165.  Schwab Cash Sweep Account | A | Interest | J | T | | | | | |
| 166.  Aledo TX GO Muni Bd | B | Interest | | | Redeemed | 02/15/18 | K | | |
| 167.  Athens, GA Clark Cty Govt W/S REV 4% Muni | B | Interest | K | T | Buy | 02/20/18 | K | | |
| 168.  Brookhaven, GA Pub FAC Ptree Creek Gway REV Muni | A | Interest | L | T | Buy | 10/05/18 | L | | |
| 169.  CA STD Com. Dev Ath Rev Muni Bd | B | Interest | K | T | | | | | |
| 170.  Chicago, IL Bd ED GO Muni Bd. | B | Interest | | | Redeemed | 06/18/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Chicago, IL Wastewater Rev Muni Bd | A | Interest | | | Redeemed | 01/02/18 | J | | |
| 172. Chicago IL Water Rev Sec Lien Due 11/1/28 Muni | A | Interest | J | T | Redeemed (part) | 11/01/18 | K | | |
| 173. Chicago, IL GO B/E Natl RE Muni | B | Interest | | | Redeemed | 01/16/18 | K | | |
| 174. Concord, IN SCHS Bldg Rev Muni Bd | B | Interest | | | Redeemed | 07/16/18 | K | | |
| 175. Cuyahoga, OH Cmty College Gen Recpt Muni Bd | B | Interest | K | T | | | | | |
| 176. Dallas, TX Rapid Tran Sales Tx Rev Muni Bd | A | Interest | | | Redeemed | 12/03/18 | K | | |
| 177. Dallas, TX GO Ltd BE Muni Bd | B | Interest | | | Redeemed | 02/15/18 | K | | |
| 178. Delaware Riv Port Auth Rev Ser. Muni Bd | C | Interest | L | T | | | | | |
| 179. Detroit, MI Sewer Rev Muni Bd | B | Interest | | | Redeemed | 10/09/18 | K | | |
| 180. Dist Columbia W&S Muni Bd | B | Interest | | | Redeemed | 10/01/18 | K | | |
| 181. FL St BOE Pub Cap Outlay Muni Bd | B | Interest | | | Redeemed | 09/04/18 | K | | |
| 182. FL ST Brd of Ed. Lottery Rev Ser A Muni | B | Interest | | | Redeemed | 07/02/18 | K | | |
| 183. Forsyth Cnty NC GO 2% Muni | A | Interest | L | T | Buy | 10/19/18 | K | | |
| 184. Houston TX Aprt Rev Muni Bd | A | Interest | | | Redeemed | 08/20/18 | K | | |
| 185. Houston TX Cmnty Cllg Maintenance Tax Muni Bd | A | Interest | | | Redeemed | 02/15/18 | K | | |
| 186. Houston Tx RFDG PUB IMPT Ser A GO 3/1/27 Muni | A | Interest | | | Redeemed | 01/12/18 | J | | |
| 187. Houston TX Un Ref Bal RFDG Pub Impt GO OID Muni Bd dtd 3/1/26 | A | Interest | | | Redeemed | 03/01/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Independence,OR City Hall GO Muni Bd | B | Interest | K | T | | | | | |
| 189. IN BD Rev SPL PG Ser C Muni Bd | B | Interest | K | T | | | | | |
| 190. Kendall Kane Un Ref Bal 2014 GO Muni Bd | B | Interest | | | Redeemed | 02/01/18 | K | A | |
| 191. Knoxville, TN Waste REV 3% Muni | A | Interest | L | T | Buy | 11/20/18 | K | | |
| 192. Marion Cty Fl Rev Muni Bd | B | Interest | K | T | | | | | |
| 193. MA EDL Fing Auth BE Muni Bd | A | Interest | J | T | Redeemed<br>(part) | 08/01/18 | J | | |
| 194. MA St Con Ln Ser A GO Muni Bd | B | Interest | | | Redeemed | 08/01/18 | J | | |
| 195. Miami Dade SPL Oblig Rev Muni Bd | B | Interest | K | T | | | | | |
| 196. Miami FL SPL Oblg Str Sidewalk Rev Muni Bd | B | Interest | K | T | | | | | |
| 197. New Haven CA GO Muni Bd | B | Interest | | | Redeemed | 08/01/18 | K | | |
| 198. NY ST Ser A GO Unltd 3% Muni | A | Interest | L | T | Buy | 10/26/18 | K | | |
| 199. North, TX TWY Auth. Rfdg Sys Muni Bd | B | Interest | K | T | | | | | |
| 200. Penn St High EFA Rev St Sys Muni Bd | B | Interest | K | T | | | | | |
| 201. Phoenix AZ Civic Ser A Muni Bd | B | Interest | K | T | | | | | |
| 202. Pine Ridge Vlg AZ Rev Ref Muni Bd | B | Interest | | | Redeemed | 06/01/18 | K | | |
| 203. Scottsdale AZ Hosp Rev Muni Bd | B | Interest | K | T | | | | | |
| 204. TX Tech Rev Ref Muni Bd | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Univ of CO Enterprise Sys Rev Muni Bd | B | Interest | K | T | | | | | |
| 206. Univ. Houston TX PreRefunded Revs RFDG Cons Muni Bd | B | Interest | | | Redeemed | 02/15/18 | K | | |
| 207. Univ Houston TX Unrefunded Bal. RFDG Con Muni | A | Interest | | | Redeemed | 02/15/18 | K | | |
| 208. Johnson Cnty. KS Wtr Dist | B | Interest | K | T | | | | | |
| 209. Georgia ST SER A 2 G/O | A | Interest | K | T | | | | | |
| 210. Wells Fargo Bank NA CD | B | Interest | L | T | | | | | |
| 211. Maryland St. Muni Bd | A | Interest | K | T | | | | | |
| 212. Wells Fargo Individual Savings Account | A | Interest | J | T | | | | | |
| 213. PCOXX MMF Prime Oblig Wealth Shares | A | Dividend | L | T | Buy | 05/22/18 | J | | |
| 214. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 215. | | | | | Buy (add'l) | 07/05/18 | L | | |
| 216. Trust II (H) | | | | | | | | | |
| 217. PCOXX MMF Prime Oblig Wealth Shares | A | Dividend | L | T | Buy | 05/22/18 | L | | |
| 218. | | | | | Buy (add'l) | 07/05/18 | K | | |
| 219. Wells Fargo Cash Sweep Account | A | Interest | K | T | | | | | |
| 220. Bank West 1.45% CD | A | Interest | | | Redeemed | 05/14/18 | K | A | |
| 221. BP TwinLine MLP Fd | A | Dividend | | | Sold | 04/05/18 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Bridgeway Blue Chip 35 Index Fund | D | Dividend | K | T | | | | | |
| 223.  DFA Intl Core Eqty Instl MF | B | Dividend | K | T | Sold<br>(part) | 08/20/18 | J | A | |
| 224.  Guggenheim Short Dur ETF | A | Dividend | | | Sold | 04/17/18 | K | A | |
| 225.  iShares Russell 1000 ETF | B | Dividend | L | T | Buy<br>(add'l) | 12/31/18 | J | | |
| 226.  Blackrock Strat Muni Oppty FD | C | Dividend | L | T | | | | | |
| 227.  Pimco Inc. Instl Cl | C | Dividend | L | T | Buy<br>(add'l) | 05/22/18 | K | | |
| 228. | | | | | Buy<br>(add'l) | 08/20/18 | J | | |
| 229.  Schwab US Small Cap ETF | A | Dividend | J | T | | | | | |
| 230.  Schwab US Dividend ETF | B | Dividend | L | T | | | | | |
| 231.  Schwab EM ETF | A | Dividend | K | T | Buy | 05/22/18 | J | | |
| 232. | | | | | Sold<br>(part) | 08/20/18 | J | A | |
| 233.  Schwab US MC ETF | A | Dividend | K | T | Buy<br>(add'l) | 05/22/18 | J | | |
| 234. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 235.  Schwab Value Advantage MMF Acct | A | Dividend | J | T | Sold<br>(part) | 01/10/18 | J | A | |
| 236. | | | | | Sold<br>(part) | 08/20/18 | J | A | |
| 237. | | | | | Sold<br>(part) | 12/27/18 | J | A | |
| 238.  Vngd Growth Indx Adml MF | A | Dividend | L | T | Buy<br>(add'l) | 08/20/18 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Vanguard Sm Cap Value MF | A | Dividend | J | T | | | | | |
| 240. Vanguard Total Skt Mkt FD | A | Dividend | J | T | Buy | 08/20/18 | J | | |
| 241. Pimco Enh Shrt Mat Actv ETF | A | Dividend | K | T | Buy | 04/18/18 | K | | |
| 242. | | | | | Buy<br>(add'l) | 05/22/18 | J | | |
| 243. Alpharetta GA Dev Auth Confer Cntr Proj Muni | A | Interest | K | T | | | | | |
| 244. Alpharetta GA GO Unlimited 05/01/28 Muni | A | Interest | K | T | Buy | 02/14/18 | K | | |
| 245. Anchorage, AK Gen Purp Serv V GO Muni | A | Interest | K | T | | | | | |
| 246. AZ Brd Regents Univ AZ Sys Rev Muni | A | Interest | K | T | | | | | |
| 247. Arlington, TX Ref Perm Impt Ser A Go Muni | A | Interest | K | T | | | | | |
| 248. Athens, Clark Cty GA Uni Govt Devl Rev Muni | A | Interest | K | T | | | | | |
| 249. Cape May NJ GOMuni Bd | A | Interest | K | T | | | | | |
| 250. Carroll City County Hsp Auth GA Rev Muni | A | Interest | K | T | | | | | |
| 251. Cobb Cty GA Kennestone Hsp Rev Antic Muni Bd | A | Interest | K | T | | | | | |
| 252. Cobb Cty Kennestone Hsp Rev RFDG BE Cpn Muni Bd | A | Interest | K | T | | | | | |
| 253. Dane Cnty WI Corp Purp Ser B Muni | A | Interest | K | T | | | | | |
| 254. Decatur GA City Sch GO Muni | A | Interest | K | T | | | | | |
| 255. Delaware ST Ser A GO Muni | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Des Moines IA Ser A2 Muni Bd | A | Interest | K | T | | | | | |
| 257.  Dublin OH Var Purp GO Muni Bd | A | Interest | K | T | | | | | |
| 258.  Florida St Brd Ed Pub Ed Muni | A | Interest | K | T | | | | | |
| 259.  Fl St Bd Ed Issues prior to 2008 Muni Bd | A | Interest | K | T | | | | | |
| 260.  Florida St Board of Ed. Pub Cap Outlay Ser C Muni | A | Interest | K | T | | | | | |
| 261.  Ft Bend TX WTR SWR Muni Bd | A | Interest | K | T | | | | | |
| 262.  Franklin Cty OH Rrdg GO Muni Bd | A | Interest | K | T | | | | | |
| 263.  Fulton Cnty GA Dev Auth Rev RFDG Piedmont Hosp. Muni | A | Interest | K | T | | | | | |
| 264.  Fulton Cnty GA Dev Auth Rev GA Tech FAC 06/01/28 | B | Interest | K | T | Buy | 02/21/18 | K | | |
| 265.  GA St Hsg & Fin Auth Single Fam Mtg SubserA 12/01/22 Muni | B | Interest | L | T | Buy | 10/09/18 | L | | |
| 266.  GA St Rfdg GO Ser J1 Muni Bd 7/22 | B | Interest | K | T | | | | | |
| 267.  Georgia St Serv A 2 Unlit BE GO Muni 2/33 | A | Interest | K | T | | | | | |
| 268.  GA ST Ser A GO Muni Bd 2/1/25 | B | Interest | K | T | | | | | |
| 269.  GA St Ser A GO Untld BE OID 7/1/29 | B | Interest | L | T | Buy (add'l) | 10/19/18 | L | | |
| 270.  GA St Serv A GO Unltd BE Muni Due 2/30 | A | Interest | K | T | | | | | |
| 271.  GA St Ser D GO Muni BD | B | Interest | L | T | | | | | |
| 272.  Griffin GA Comp RFDG Muni Bd | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Gwinnett Cty GA Sch Dist BE Muni Bd | A | Interest | K | T | | | | | |
| 274. Gwinnett Cty GA GO Unltd BD Muni Bd | A | Interest | | | Redeemed | 02/01/18 | K | | |
| 275. Hamilton MI Cmnty Sch Dist GO Muni | A | Interest | K | T | | | | | |
| 276. Hawaii St Ser ET GO Muni Bd | A | Interest | K | T | | | | | |
| 277. Hoover AL Refdg Wts GO Muni | A | Interest | K | T | | | | | |
| 278. ILL HSG Dev Auth Muni Bd | A | Interest | J | T | | | | | |
| 279. ILL St Unrefunded GO Unltd Muni Bd | A | Interest | K | T | | | | | |
| 280. James City Cnty VA Econ Devl Auth Muni | A | Interest | K | T | | | | | |
| 281. Jefferson Parrish Sch Brd Rev Muni BD | A | Interest | | | Redeemed | 02/01/18 | K | | |
| 282. Johnson Cnty KS Pub Bldg Com Ser B Muni | A | Interest | K | T | | | | | |
| 283. Las Vegas NV RFDG Per Art Ser A Muni | A | Interest | K | T | | | | | |
| 284. Lawrenceville GA Proj B Muni Bd | A | Interest | K | T | | | | | |
| 285. Madison WI GO Muni Bd | A | Interest | K | T | | | | | |
| 286. Maryland St GO Muni Bd | A | Interest | K | T | | | | | |
| 287. Mass ST Dev Fin Agy Rev Partners Muni | A | Interest | J | T | | | | | |
| 288. Maui Cty, HI GO Muni | A | Interest | K | T | Buy | 10/11/18 | K | | |
| 289. Mc Kinney TX Indpt Sch Dist Bldg Ser A Muni | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  Mesa AZ Rev Muni Bd | A | Interest | K | T | | | | | |
| 291.  Northern IN Commuter Trans Dist Ind Rev Muni | A | Interest | J | T | | | | | |
| 292.  Oregon St Dept Admin Rev Muni Bd | B | Interest | | | Redeemed | 05/01/18 | K | A | |
| 293.  Paulding Cnty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 294.  Penn St 1st Ser GO LTD 6/32 Muni | A | Interest | K | T | | | | | |
| 295.  Penn St GO Unlimited Muni Bd | A | Interest | K | T | | | | | |
| 296.  Plymouth MA GO Muni Bd | A | Interest | K | T | | | | | |
| 297.  Polk Cty IA Rfdg Ltd Muni | A | Interest | K | T | | | | | |
| 298.  Raleigh NC GO Muni Bd | A | Interest | K | T | | | | | |
| 299.  Reynoldsburg OH GO Muni Bd | A | Interest | K | T | | | | | |
| 300.  Rhode Island St Prov Plantn GO Unlim Muni | A | Interest | J | T | | | | | |
| 301.  Riverhead NY GO Muni Bd | A | Interest | K | T | | | | | |
| 302.  San Diego Ca WTR REV Muni Bd | A | Interest | J | T | | | | | |
| 303.  San Jacinto Tx GO Muni Bd | A | Interest | K | T | | | | | |
| 304.  Savannah GA Econ Deb Rev Muni Bd | A | Interest | K | T | | | | | |
| 305.  Shakopee MN Rev Muni Bd | A | Interest | | | Redeemed | 02/01/18 | K | | |
| 306.  St Cloud MN Ser A Muni | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Stamford CT Serv B GO Muni | A | Interest | K | T | | | | | |
| 308. Sugerhill GA Downtn Dev Auth Serv A Muni | A | Interest | K | T | | | | | |
| 309. Sumter SC Wtwks Rev Bd | A | Interest | K | T | | | | | |
| 310. Topeka KS GO Muni Bd | A | Interest | K | T | | | | | |
| 311. Tri Cnty Met Trans Dist Or Rev Muni | A | Interest | K | T | | | | | |
| 312. Univ NE Revs Rfdg NEB Omaha Stud Hlth Muni | A | Interest | K | T | | | | | |
| 313. Utah St Bldg Auth Rev Muni | A | Interest | K | T | | | | | |
| 314. Vir St Res Auth Rev Muni Bd | A | Interest | K | T | | | | | |
| 315. Vir St RFDG Ser B GO 6/1/33 | A | Interest | K | T | | | | | |
| 316. Waco TX CFTS Oblig DB Muni | A | Interest | K | T | | | | | |
| 317. Walton Cty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 318. Warner Robins GA Pub Facs Rev W&S 7/1/29 Muni | A | Interest | K | T | Buy | 01/11/18 | K | | |
| 319. Washoe Cty NV GO Muni Bd | A | Interest | K | T | | | | | |
| 320. Wells Fargo CD 2/18 | B | Interest | | | Matured | 02/26/18 | M | | |
| 321. Wichita KS Serv 807 GO Muni | A | Interest | K | T | | | | | |
| 322. Decatur GA RFDG G/O | A | Interest | K | T | | | | | |
| 323. Lincoln NE San SWR Rev. | B | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Multnomah Cnty OR Sch. | B | Interest | K | T | | | | | |
| 325.  Cherokee Cnty GA SCH SYS 2/31 Muni | B | Interest | K | T | | | | | |
| 326.  Howard Cnty MD RFDG MET | B | Interest | K | T | | | | | |
| 327.  Georgia ST Ser A G/O B\E Muni 2/29 | A | Interest | K | T | | | | | |
| 328.  Oklahoma City OK G/O | A | Interest | K | T | | | | | |
| 329.  Johns Creek GA G/O UNLTD 4/1/31 Muni | A | Interest | K | T | | | | | |
| 330.  Nevada ST Muni BD BK Project | A | Interest | K | T | | | | | |
| 331.  Scottsdale AZ Muni PPTY | A | Interest | K | T | | | | | |
| 332.  Evanston IL Rfdg Ser B | A | Interest | K | T | | | | | |
| 333.  Metropolitan Atlanta(MARTA) 7/1/29 Muni | A | Interest | K | T | | | | | |
| 334.  Richmond VA Pub Impt Ser | A | Interest | J | T | | | | | |
| 335.  Wells Joint Checking Acct | A | Interest | J | T | | | | | |
| 336.  Wells Joint Savings Accounts | A | Interest | J | T | | | | | |
| 337.  Wells Fargo Custodial Checking III | A | Interest | J | T | | | | | |
| 338.  Wells Fargo Custodial Checking IV | A | Interest | J | T | | | | | |
| 339.  Wells Fargo Custodial Checking V | A | Interest | J | T | | | | | |
| 340.  WellsFargo LLC Checking Acct | A | Interest | | | Closed | 11/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Fidelity Banking Account | A | Interest | J | T | | | | | |
| 342.  Fidelity Savings Account | A | Interest | J | T | | | | | |
| 343.  Discover Bank Account | A | Interest | J | T | | | | | |
| 344.  Discover Bank CD 1 | B | Interest | L | T | | | | | |
| 345.  Discover Bank CD 2 | A | Interest | | | Matured | 05/10/18 | L | | |
| 346.  Alliant Credit Union Account | C | Interest | M | T | | | | | |
| 347.  Goldman Sachs Bank/Marcus Bank | B | Interest | L | T | | | | | |
| 348.  Credit Union of GA Account I | A | Interest | J | T | | | | | |
| 349.  Credit Union of GA Account II | A | Interest | J | T | | | | | |
| 350.  Credit Union of GA Account II Savings | A | Interest | J | T | | | | | |
| 351.  American Express Bank Account I | C | Interest | M | T | | | | | |
| 352.  American Express Bank Account II | A | Interest | J | T | | | | | |
| 353.  50% Interest in Sangamon Cty, Illinois Farm Land | B | Rent | L | W | | | | | |
| 354.  50% Interest in Marion Cty, FL Vacant Commercial Land | | None | J | W | | | | | |
| 355.  403b Plan 2 (H) | | | | | | | | | |
| 356.  Cobb Cty Tax Sheltered 403B Plan | A | Int./Div. | J | T | | | | | |
| 357.  Annuity (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Jackson Natl Fixed / Flex 1 Annuity | A | Interest | J | T | | | | | |
| 359. | | | | | | | | | |
| 360. | | | | | | | | | |
| 361. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baisier, Paul M.** | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 22 of the 2017 filing- ALPS MLP ETF - This entire position was sold on 12/29/17 and has been removed from the 2018 report.

Line 38 Schwab Muni Money Market Fund - The 2017 report should have read "sold part" instead of "sold.

Note - All Cash Sweep account names have been updated to differientiate between Purchased Money Market Fund vs. Cash Sweep Accounts. You may notice slight name changes to aid in tracking for future years.

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul M. Baisier**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544